1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   22CR0769-JLS |
| Plaintiff, | |
| v. | **ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| **Oscar Manuel Alcaraz Elizondo**, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing/Trial Setting scheduled for May 6, 2022 to June 24, 2022 at 1:30 p.m. be granted.   For the reasons set forth in the joint motion, it is further ordered that time is excluded from the Speedy Trial Act in the interests of justice.

IT IS SO ORDERED.

Dated:  April 26, 2022

Hon. Janis L. Sammartino
United States District Judge