# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Oscar Manuel Alcaraz Elizondo**,<br><br>Defendant. | CASE NO.:   22CR0769-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing/Trial Setting scheduled for June 24, 2022 at 1:30 p.m. to July 29, 2022 at 1:30 p.m. is granted. For the reasons set forth in the join motion, It is further ordered that time is excluded from the Speedy Trial Act in the interests of justice as well as pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: June 21, 2022

Hon. Janis L. Sammartino
United States District Judge